**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ROMAN ALVARADO,**

**Plaintiff,**

**vs.** **Case No.: 2:25-CV-00721**

**STATE OF NEW MEXICO, etc.**

**Defendants**.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS TO PLAINTIFF'S RESPONSE TO STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS**

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion to Exceed Pages to Plaintiff's Response to Plaintiff's Response to State Defendants' Motion for Summary Judgment on All Claims, and the Court having reviewed the Motion hereby finds that there is good cause to grant it.

IT IS THEREFORE ORDERED: Plaintiff will be permitted to exceed the allowable twenty-four (24) double-spaced pages permitted by D.N.M. LR Civ. 7.5 by twenty-five (25) pages, for a total of forty-nine (49) pages.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Parties Entitled to Notice

LAW OFFICE OF FRANCES CROCKETT, LLC
Frances C. Carpenter
Graciela R. Esquivel
925 Luna Circle NW
Albuquerque, NM 87102
Tel: (505) 314-8884
fax: (505)835-5658
frances@francescrockettlaw.com
graciela@francescrockettlaw.com

*Attorneys for Plaintiff*

Renni Zifferblatt
Attorney for State Defendant
500 Marquette Ave. NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
renni@roblesrael.com

*Attorney for State Defendants*